UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM M. COULBOURN,

    Plaintiff,

vs.                                        Case No. 8:10-cv-769-T-27TBM

MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,

    Defendant.
_____/

## ORDER

BEFORE THE COURT is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 26), recommending that the Commissioner's decision be affirmed. Plaintiff has not filed any objections, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is ORDERED that:

1)    The Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

2)    The decision of the Commissioner is AFFIRMED.

3)    The Clerk is directed to ENTER JUDGMENT in favor of Defendant and to CLOSE the case.

DONE AND ORDERED on this 16th day of August, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record